IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

|   |   |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., as assignee and subrogee of M-D BUILDING PRODUCTS, INC., <br><br> Plaintiff <br><br> v. <br><br> MARTIN W. CULVER, <br><br> Defendants. | Case No. 1:22-cv-50-ACL |

**MOTION OF PLAINTIFF, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., FOR DEFAULT JUDGMENT AGAINST DEFENDANT, MARTIN W. CULVER**

Plaintiff, National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), by and through its undersigned counsel, brings this Motion for Default Judgment against Defendant, Martin Culver ("Mr. Culver"), and in support thereof states the following:

1. On April 18, 2022, National Union filed the Complaint, bringing claims against Defendants, Mr. Culver, W W Recycling LLC ("W W Recycling"), and Wilson Recycling, LLC ("Wilson"). (ECF No. 1).

2. In the Complaint, National Union alleged that Mr. Culver engaged in a scheme where he stole scrap metal from his former employer, M-D Building Products, Inc. ("M-D"), and sold the metal for his own personal gain. (ECF No. 1).

3. In the Complaint, National Union sought to recover damages in the principal amount of $173,735.13. (ECF No. 1).

1

4. On April 25, 2022, Mr. Culver and W W Recycling both were personally served with process in this matter. (ECF Nos. 5-6).

5. On May 13, 2022, W W Recycling filed a Motion to Dismiss National Union's Complaint. (ECF No. 8).

6. On June 14, 2022, National Union filed a Motion by Consent to Dismiss W W Recycling without prejudice, and the Court subsequently granted the Motion. (ECF Nos. 13-14).

7. On August 22, 2022, National Union filed a Notice of Dismissal, dismissing its claims against Wilson without prejudice. (ECF No. 17).

8. Mr. Culver has not filed a responsive pleading or otherwise appeared in this action.

9. On September 7, 2022, this Court issued an Order entering default against Mr. Culver. (ECF No. 20).

10. National Union now seeks to enter default judgment against Mr. Culver in the amount of $173,735.13, plus interest and costs.

11. In support of National Union's calculation of damages, attached to this Motion is a copy of the Declaration of Heather Leibowitz, which explains the facts and documents that support the amount of damages sought.

WHEREFORE National Union respectfully requests this Honorable Court to grant its Motion for Default Judgment and enter judgment in favor of National Union and against Martin W. Culver in the principal amount of $173,735.13, plus interest and costs.

|  | **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
|---|---|
| Date:   October 6, 2022 | */s/Matthew Lipman* <br> Matthew A. Lipman, Esquire <br> 1617 JFK Blvd., Suite 1500 <br> Philadelphia, PA 19103 <br> (215) 557-2900 <br> mlipman@mdmc-law.com <br> *Counsel for Plaintiff,* <br> *National Union Fire Insurance Company of Pittsburgh, Pa.* |

**CERTIFICATE OF SERVICE**

I, Matthew A. Lipman, as counsel for Plaintiff, National Union Fire Insurance Company of Pittsburgh, Pa., hereby certify that on this date I caused a copy of the foregoing Motion for Default Judgment and its supporting documents to be served by regular mail on the following:

> Martin Culver
> 708 Patricia Dr.
> Hayti, MO 63851

Date: October 6, 2022            */s/Matthew Lipman*
                                 Matthew A. Lipman
                                 *Counsel for Plaintiff,*
                                 *National Union Fire Insurance Company of*
                                 *Pittsburgh, Pa.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., as assignee and subrogee of M-D BUILDING PRODUCTS, INC., <br><br> Plaintiff <br><br> v. <br><br> MARTIN W. CULVER, <br><br> Defendant. | Case No. 1:22-cv-50-ACL |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT, MARTIN W. CULVER**

**TABLE OF CONTENTS**

I. FACTUAL AND PROCEDURAL BACKGROUND ........................................................ 1

II. ARGUMENT ........................................................................................................................ 2

IV. CONCLUSION ................................................................................................................... 3

**TABLE OF AUTHORITIES**

**Cases**                                                                                                       **Pages**

*Pope v. U.S.*, 323 U.S. 1 (1944) ............................................................................................. 2

*US Airways, Inc. v. McCutchen*, 569 U.S. 88 (2013) ............................................................ 3

**Court Rules**                                                                                                 **Pages**

Fed. R. Civ. P. 55 ................................................................................................................. 1-2

i

Pursuant to Federal Rule of Civil Procedure 55(b), Plaintiff, National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") as assignee and subrogee of M-D Building Products, Inc. ("M-D"), submits this Memorandum in Support of National Union's Motion for Default Judgment against Defendant, Martin W. Culver ("Mr. Culver"), and in support thereof states the following:

I.     **FACTUAL AND PROCEDURAL BACKGROUND**

This action arises from a scrap metal theft scheme perpetuated by Martin Culver. Mr. Culver was an employee of M-D and worked at M-D's facility located in Hayti, Missouri ("Hayti Facility"). *See* Declaration of Heather Leibowitz ("Leibowitz Dec."), at ¶ 9. At the Hayti Facility, M-D engaged in a manufacturing process that generated aluminum scrap metal as a by-product. *See* Leibowitz Dec., at ¶ 10. From January 2017 through July 2018, Mr. Culver engaged in a scheme where he stole M-D's scrap aluminum, sold it to a third-party, Wilson Recycling, LLC ("Wilson Recycling"), and retained the sale proceeds for his own personal gain. *See* Leibowitz Dec., at ¶ 12. M-D discovered Mr. Culver's scheme on July 20, 2018. *See* Leibowitz Dec., at ¶ 12.

National Union issued a policy of insurance (Policy No. 01-421-85-70) (the "Policy") to M-D, in which National Union agreed to insure M-D for losses sustained due to employee dishonesty. *See* Leibowitz Dec., at ¶ 11. M-D submitted a claim against the Policy as a result of Mr. Culver's theft of scrap metal. *See* Leibowitz Dec., at ¶¶ 12-13. M-D demonstrated that, as a result of the Mr. Culver's theft, it incurred a loss in the amount of $173,735.13. *See* Leibowitz Dec., at ¶ 17. Therefore, National Union settled M-D's insurance claim for the amount of $173,735.13 and issued payment to M-D. *See* Leibowitz Dec., at ¶ 18. In exchange, M-D executed an Assignment and Release Agreement, in which M-D agreed to assign to National Union its rights and claims against Mr. Culver. *See* Leibowitz Dec., at ¶ 19.

1

On April 18, 2022, National Union initiated this action by filing the Complaint and bringing claims against Defendants, Mr. Culver, W W Recycling LLC, and Wilson Recycling. (ECF No. 1). In the Complaint, National Union sought to recover damages in the principal amount of $173,735.13. (ECF No. 1). On April 25, 2022, Mr. Culver was personally served with process. (ECF No. 6). Mr. Culver has not filed a responsive pleading or otherwise appeared in this action. On September 7, 2022, the Clerk entered default against Mr. Culver. (ECF No. 20).

## II.   ARGUMENT

In order to enter default judgment and award damages, a Court must: "(A) conduct an accounting; (B) determine the amount of damages; (C) establish the truth of any allegation by evidence; or (D) investigate any other matter." Fed. R. Civ. P. 55(b). "It is familiar practice and an exercise of judicial power for a court upon default, by taking evidence when necessary or by computation from facts of record, to fix the amount which the plaintiff is lawfully entitled to recover and to give judgment accordingly." *Pope v. U.S.*, 323 U.S. 1, 12 (1944). "In all these cases the court determines that the unchallenged facts shown of record establish a legally binding obligation; it adjudicates the plaintiff's right of recovery and the extent of it, both of which are essential of the judgment." *Id.*

This Court should enter default judgment in favor of National Union in the principal amount of $173,735.13, plus interest and costs. The "unchallenged facts" in this matter establish National Union's "right of recovery" against Mr. Culver. *See Pope*, 323 U.S. at 12. The evidence cited in Ms. Leibowitz's Declaration demonstrates that Mr. Culver engaged in a scrap metal theft scheme, and the value of the stolen metal was $173,735.13. *See* Leibowitz Dec., at ¶¶ 11-17. National Union has also established its right to obtain a recovery from Mr. Culver, because M-D assigned to National Union its rights and claims against him. *See* Leibowitz Dec., at ¶¶ 19-20. As

an insurer that indemnified M-D, National Union is also subrogated to the rights of M-D. *US Airways, Inc. v. McCutchen*, 569 U.S. 88, 96 n. 5 (2013) ("Subrogation' involves the substitution of the insurer . . . to the rights of the insured" (quoting 8B Appleman § 4941, at 11) (internal quotes omitted)). Mr. Culver failed to plead or otherwise appear in this action, despite being served. (ECF No. 6). The Clerk has entered default against him. (ECF No. 20).

## III.   CONCLUSION

Based on the foregoing, National Union respectfully requests this Honorable Court to grant this Motion for Default Judgment and enter judgment in favor of National Union and against Mr. Culver in the principal amount of $173,735.13, plus interest and costs.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLC**

*/s/Matthew Lipman*
Matthew A. Lipman, Esquire
1617 JFK Blvd., Suite 1500
Philadelphia, PA 19103
(215) 557-2900
mlipman@mdmc-law.com
*Counsel for Plaintiff,*
*National Union Fire Insurance Company of Pittsburgh, Pa.*

3