UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA., as assignee and subrogee of M-D BUILDING PRODUCTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>MARTIN W. CULVER,<br><br>Defendant. | Case No. 1:22-CV-50-SNLJ |

## JUDGMENT

Upon review of plaintiff's Motion for Default Judgment against defendant Martin W. Culver [Doc. 21], and the Clerk having entered default against defendant [Doc. 20];

**IT IS HEREBY ORDERED** that plaintiff's Motion [Doc. 21] is **GRANTED** and judgment is entered in favor of plaintiff, National Union Fire Insurance Company of Pittsburgh, Pa., and against defendant, Martin W. Culver, for actual damages in the amount of $173,735.13, plus interest and costs.

Dated this 13th day of October, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE